

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MARY L. MCGHEE**                                                              **PLAINTIFF**

VS.                                                    CIVIL ACTION NO. 3:14cv374 DPJ-FKB

**NU-WAY TRANSPORTATION SERVICES, INC.**                       **DEFENDANT**

## COMPLAINT
## JURY TRIAL DEMANDED

**COMES NOW** Plaintiff, Mary McGhee, by and through her counsel, Watson & Norris, PLLC, and files this action to recover damages for violation of her rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) *et seq.*, against Defendant, Nu-Way Transportation Services, Inc. As more specifically set forth below, Plaintiff has been subjected to sex discrimination in the terms and conditions of her prospective employment with Defendant. The actions of the Defendant described herein constitute violations of Title VII of the Civil Rights Act of 1964.

### THE PARTIES

1.  Plaintiff, Mary L. McGhee, is an adult female resident citizen of Pike County, Mississippi, residing at 2064 Chatawa Road, Magnolia, Mississippi 39652.

2.  Defendant, Nu-Way Transportation Services, Inc., is a Illinois Corporation licensed to do business in the State of Mississippi. Defendant may be served with process through its registered agent: Brian Walder, 2 Access Way, Bloomington, Illinois, 61705.

### JURISDICTION

3.  This court has federal question and civil rights jurisdiction for a cause of action

arising under Title VII of the Civil Rights Act of 1964

4.  This Court has personal and subject matter jurisdiction over the Defendant and venue is proper in this Court.

5.  Venue is proper in this Court.

6.  Jacqueline A. Berrien, Chair, United States Equal Employment Opportunity Commission, timely filed a Charge of Discrimination with the EEOC on behalf of Plaintiff and other individuals, a copy of which is attached as Exhibit "A." On October 31, 2013, the EEOC issued a Determination finding that: "the Respondent discriminated against job applicants based on their sex, female, by failing to recruit and hire females to certain jobs, in violation of Title VII," a true and correct copy of which is attached as Exhibit "B." The EEOC issued a Notice of Right to Sue to Plaintiff on February 7, 2014. Plaintiff timely files this cause of action within ninety (90) days of receipt of her Notice of Right to Sue, a copy of which is attached as Exhibit "C."

## STATEMENT OF FACTS

7.  Plaintiff, applied with the Defendant for a truck driver position in September of 2010. When Plaintiff did not hear from the Defendant, Plaintiff called the Defendant to check on the status of the application she had submitted. Defendant told Plaintiff that it "was not hiring at the time." Plaintiff then applied for a position at another trucking company and was hired.

8.  On February 7, 2014, the EEOC sent Plaintiff a letter regarding an investigation of a charge of discrimination filed on April 12, 2011, by one of the EEOC's Commissioners, Jacqueline A. Berrien, against the Defendant. During the investigation, the EEOC learned that the Defendant rejected Plaintiff for employment. As a result of the investigation, the EEOC found reasonable cause to believe that the Defendant discriminated against female temporary and

permanent job applicants by failing to recruit and hire because of their sex, female, in violation of Title VII of the Civil Rights Act of 1964. The EEOC informed Plaintiff that under federal law, Plaintiff now has the right to file a lawsuit against Defendant based on the underlying charge of discrimination within ninety (90) days of the date of the notice dated February 7, 2014. Plaintiff has timely filed this complaint.

## CAUSES OF ACTION

### COUNT ONE: VIOLATION OF TITLE VII - SEX DISCRIMINATION

9. Plaintiff incorporates the above paragraphs 1 through 8 as though specifically set forth herein and alleges as follows:

10. Plaintiff has been discriminated against in the terms and conditions of her prospective employment with Defendant on the basis of her sex, female.

11. Plaintiff has suffered adverse employment action as a result of the Defendant's sexually discriminatory treatment of Plaintiff.

12. As a result of Defendant's discrimination, Plaintiff suffered damages, including but not limited to compensatory damages, loss of reputation, humiliation, embarrassment, emotional pain and suffering, inconvenience, and mental anguish. In addition, Plaintiff is entitled to an award of punitive damages against Defendant.

13. Defendant's actions constitute unlawful sex discrimination in violation of Title VII.

14. The unlawful actions of the Defendant complained of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1. Reinstatement or front pay in lieu of reinstatement;
2. Back pay;
3. Compensatory damages;
4. Attorney's fees;
5. Costs and expenses; and
6. Any other relief to which she may be properly entitled.

THIS the 6th day of May, 2014.

Respectfully submitted,

MARY L. MCGHEE, PLAINTIFF

By: /s/ Louis H. Watson, Jr.
Louis H. Watson, Jr. (MB# 9053)
Nick Norris (MB# 101574)
Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com